LUCILLE PUGH v. CELIA L. CLARKE, as Executrix, etc., of AUGUSTUS W. CLARKE, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHU YIT WHA and Another v. JOHN RANDLES and Another.— Motion to dismiss appeal granted, without costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KERBER STRAW HAT CORPORATION v. JOHN WEBER, INC.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FARR HYDRAULIC SYSTEMS, INCORPORATED, v. LUCY S. C. JOHNSTON and Another.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE ROSAIRE COMPANY, re IRVING TRUST COMPANY, Trustee, etc.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of GRAVES QUINN CORPORATION, re ALFRED C. KIHN.— Motion to dismiss appeal denied, with leave to renew after determination by this court of the appeal taken by Alfred C. Kihn from the order of the Supreme Court, New York county, entered on March 24, 1930.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LALLA MacLEOD G. BARR v. JAMES CUMMINGS BARR and Another.— Motion to dismiss appeal granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS v. ALFORD E. PIGGOTT and Others.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NINETEEN JOHN STREET CORPORATION v. JOHN C. McNAMARA, JR.—Application granted on condition that appellant file a stipulation for judgment absolute in event of affirmance.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA HELLER v. HENRY M. GARSON, Impleaded with ALPHEUS C. BEANE and Others.—Application denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS FINKELSTEIN v. NORMAN TAXI CORPORATION, Impleaded with STANDARD OIL COMPANY OF NEW YORK.  YETTA HORNIG v. NORMAN TAXI CORPORATION, Impleaded with STANDARD OIL COMPANY OF NEW YORK.—Application denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE HELD v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WORBER Co., INC., v. BRONXWICK HOLDING CORPORATION, Impleaded with Others.—Application denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.